

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**
ATTORNEY GENERAL

Honorable J. M. Rieger
County Attorney
Stephens County
Breckenridge, Texas

Dear Sir:

Opinion No. O-6727
Re: Clarification of S. B. No. 78,
49th Legislature, Regular Ses-
sion, amending Equalization Law
passed by 48th Legislature, Reg-
ular Session.

Your recent communication to this department reads in
part as follows:

"We are at a loss in Stephens County to know
why S. B. #78, By Morris which Amends the equali-
zation law to provide that applications for state
aid shall be filed not later than January 31st for
the school year 1944-45. Governor signed April 10,
1945. 'Effective immediately' does not apply to ap-
plications for state aid received and stamped in
office of Director of Equalization, State Department
of Education on November 1, 1944, as was the case
of applications for aid in Stephens County. And if
this does not apply as above mentioned, why does
it not do so?"

Sections 1 and 2 of Senate Bill No. 78, passed by the
49th Legislature, Regular Session, effective April 10, 1945, read:

"Section 1. Amend Article 2, Section 2, of
House Bill No. 176, Acts of the 48th Legislature,
to read as follows:

"Section 2. FILING DATE. All applications
for any type of aid authorized herein, except tui-
tion aid, shall be on file with the State Depart-
ment of Education in Austin not later than January
31st of each scholastic year for which aid is asked.
Schools whose applications for state aid are filed
later than January 31st of each year for which aid
is asked, shall be ineligible for any type of aid.'

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

"Sec. 2.   All laws or parts of laws in conflict with this amendment of Article 2, Section 2, of House Bill No. 176, Acts of the 48th Legislature are hereby expressly repealed."

This department is in complete agreement with your contention that H. B. 78 applies to every county in Texas, and you are so advised.

Upon receipt of your request, the writer of this opinion contacted Mr. King, the Legislative Accountant, with reference to the Stephens County applications for aid. He was of the opinion that said applications had not met the requirements of law. However, after carefully examining same, the writer hereof advised Mr. King that said applications were in compliance with the provisions of S. B. 78 aforesaid; and he has now agreed to approve same.

Trusting that this is the information which you desire, and assuring you that we are glad to be of service in this connection, I remain,

Very truly yours,

ATTORNEY GENERAL OF TEXAS

By

L. W. Flewellen(S)
Assistant

LWF:JCP:bg

APPROVED JUL. 31, 1945
(Acting) Cele Speer (C)
ATTORNEY GENERAL OF TEXAS

APPROVED OPINION COMMITTEE
By   G B   chairman